UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INGRID DEVLIN,      ) | |
|      PLAINTIFF,      ) | |
|                              ) | CIVIL ACTION NO.: |
| VS.                         ) | |
|                              ) | 4:12-cv-0036 |
| CROSSCHECK, INC.  ) | |
|      DEFENDANT.   ) | |

NOTICE OF VOLUNTARY DISMISSAL

All parties hereby stipulate to dismiss this case with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2).

HEALEY LAW, LLC

/s/ Robert T. Healey
ROBERT T. HEALEY
EDMO #34138MO
rhealey1960@gmail.com
640 Cepi Drive, Suite A
Chesterfield, MO  63005
(636) 536-5175 (telephone)
(636) 590-2882 (facsimile)